**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DYLAN KANE IRRGANG,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 1:25-cv-01635<br><br>(Magistrate Judge Schwab) |

**ORDER**
September 30, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED.** The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge